

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

### JUDGMENT IN A CIVIL CASE

RAYMOND CLARK,

v.

CORRECTIONS CORPORATION　　　　　CASE NUMBER:　　1:05-1224-T/An
OF AMERICA, ET AL.,

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/27/2005, this case is hereby DISMISSED and CERTIFYING that any Appeal by plaintiff is not taken in good faith and if plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and 1915(b).

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　　　　　　　CLERK

10/17/05　　　　　　　BY:　_C. Heid_
DATE　　　　　　　　　　　　　　　DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/18/05.

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01224 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Raymond Clark
HCCF-CCA
227052
P. O. Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT